**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRI IC VE DIS TICARET
SANAYI LIMITED SIRKETI,

      Petitioner,                    Case No. 2:25-cv-12174

v.                               Hon. F. Kay Behm

AGRIDIENT, INC.,             Magistrate Judge Elizabeth A. Stafford

      Respondent.

---

**ORDER GRANTING JOINT MOTION**
**TO EXTEND DISPOSITIVE MOTION DEADLINE**

This matter having come before the Court upon the parties' Joint Motion to Extend Dispositive Motion Deadline, and the Court being otherwise fully advised, **IT IS HEREBY ORDERED** that the parties' Joint Motion to Extend Dispositive Motion Deadline is granted and that the dispositive motion deadline is extended to May 15, 2026.


Date: March 16, 2026                    s/F. Kay Behm
                                          F. Kay Behm
                                          United States District Judge